IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| SHANICQUA LATRICE COLEMAN, | ) ) ) | |
| Defendant | ) | |

## DEFENDANT'S OPPOSITION TO UNITED STATES' MOTION REGARDING JURY COMPOSITION

Comes now your defendant, Shanicqua Coleman, and respectfully moves this Court for entry of an Order denying the United States' Motion Regarding Jury Composition. Your defendant states the following in support thereof:

1. Shanicqua Coleman hereby adopts the Motion filed by defendant Dashawn L. Trent [ECF420], it's analysis, reliance on the sound discretion of the Court, and proper presentation of centuries of Anglo-American law and tradition. It is both legally and practically directly on point.

2. In regard to Shanicqua Coleman in particular, she is not charged with the RICO gang related charges, but suffers from the specific community problems such activity presents to those who live there. She must live with, maneuver around, and placate those who may be involved in drugs, violence and gang activity within a particular, substantially of African-American, local culture. People of unblemished record and with no involvement in such activity, who live in her community, understand what she faces and with whom she is friendly – sometimes by good neighbor oriented choice, and sometimes because she cannot avoid them. A

jury pool with at most, nine percent (9%) African-Americans, let alone with none having such a "Danville" housing experience, will not be of her peers, nor have any understanding of what she faces.

WHEREFORE, your defendant, by counsel, respectfully moves this Court for entry of an Order denying the United States' Motion Regarding Jury Composition, and, instead draw the *venire* in this case from the Danville Division.

                                                 Respectfully submitted

                                                 SHANICQUA COLEMAN

                                                 /s/ Richard L. Derrico

Richard L. Derrico (VSB No. 33442)
COPENHAVER, ELLETT & DERRICO
30 Franklin Road, Suite 200
Roanoke, VA  24011-2411
PH:  540-343-9349
Facsimile:  540-342-9258
      Counsel for Shanicqua Coleman

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Circuit Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the  17th day of April, 2019.

                                               /s/ Richard L. Derrico