IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                           Criminal Action No. 4:18CR00011-009

SHANICQUA LATRICE COLEMAN

## **O R D E R**

      On April 19, 2019, the defendant entered a plea of guilty to Count Twenty Five of the First Superseding Indictment. The court accepted the defendant's plea. The parties have waived the preparation of a presentence report and the case is now set for sentencing on January 30, 2020 at 9:00 a.m. in the Roanoke Division.

      In connection with the sentencing hearing, it is **ORDERED** as follows:

      1. No later than seven (7) seven days before sentencing, the prosecution and defense shall prepare a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). If a party needs an extension of time to file their sentencing memorandums, they need to request that extension in writing prior to the expiration of the deadline.

      2. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven days (7) prior to sentencing.

      3. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

                                                      ENTERED: Decmeber 19, 2019

                                                        */s/ Michael F. Urbanski*

                                                        Michael F. Urbanski
                                                        Chief United States District Judge