# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.:** 4:18CR00011-009                     **Date:** 1/30/2020

**Defendant:** Shanicqua Latrice Coleman, bond        **Counsel:** Rick Derrico, CJA

PRESENT:    JUDGE:           Michael F. Urbanski, CUSDJ        TIME IN COURT: 9:14-9:32  18m
            Deputy Clerk:    Kristin Ayersman
            Court Reporter:  Judy Webb
            U. S. Attorney:  Ron Huber, Heather Carlton
            USPO:            Kim Falatic

**PROCEEDINGS:**

☒ Dft orally waived Presentence Report.

☒ No evidence presented.  Court asks to hear from parties re justifiable reasons for going below the guideline range to a sentence of probation.

☒ Court calculates guidelines.
☒ Court accepted Plea Agreement.

**SENTENCE IMPOSED AS FOLLOWS:**

PROB:  Ct 25 – 1 year
SA:    $100.00 due immediately.

**SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):**

☒ The drug testing condition is suspended, based on the court's determination that youpose a low risk of future substance abuse.

☒ The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program – shall continue current program.

☒ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☒ The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

☒ The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

**ADDITIONAL RULINGS:**

☒ Count(s) 9-12, 21s-24s dismissed on Government Motion.
☒ Defendant advised of right to appeal.